

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00626-CR

Vance Lee **MASTERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-89
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 5, 2020.

_____
Rebeca C. Martinez, Justice